**Anthony R. GRANILLO,**
**Plaintiff–Appellant,**

v.

**UNITED PARCEL SERVICE,**
**INC., Defendant–Appellee.**

No. 08–17276.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 25, 2010.

Anthony R. Granillo, Tucson, AZ, pro se.

Benjamin J. Naylor, Esquire, Quarles & Brady, LLP, Phoenix, AZ, for Defendant–Appellee.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Anthony R. Granillo appeals pro se from the district court's judgment dismissing as untimely his "hybrid" action under section 301 of the Labor Management Relations Act alleging breach of a collective bargaining agreement by his former employer. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Harper v. San Diego Transit Corp.*, 764 F.2d 663, 665–66 (9th Cir.1985), and we affirm.

The district court properly dismissed the action as untimely because Granillo filed it more than six months after his claims accrued. *See id.* at 669 (explaining that section 301 "hybrid" actions have a six-month statute of limitations and affirming dismissal of a section 301 "hybrid" action filed seven months after the claim accrued). The action was untimely even if, as Granillo contends, the claim accrued on November 14, 2007.

**AFFIRMED.**

---

* The panel unanimously concludes that this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.